Marshall Feggett, Appellee, v. Chicago and Eastern
Illinois Railroad Company, Appellant.

Gen. No. 9,369.

opinion filed February 24,
1943; rehearing denied May 4, 1943. Acton, Acton, Baldwin &
Bookwalter, for appellant; D. S. Baldwin, of counsel; Alfred A. Johnson, for appellee. Opinion by JUSTICE HAYES. "Not to be published
in full."